In the Matter of the Appointment of a Committee of the Estate of FANNIE K. FOSTER, an Incompetent Person. HUGH F. FOSTER, Appellant; Dr. GEORGE W. MILLS, Superintendent of the Brooklyn State Hospital, and EDMUST J. PICKUP, Committee, Respondents. †— Order as resettled, in so far as appealed from, modified by substituting the City Bank Farmers Trust Company as committee for the incompetent therein named, and as so modified affirmed, without costs. While this court recognizes the competency of the person named by the Special Term to act as committee for the incompetent, it is of opinion that sound discretion dictates the appointment of the appellant's nominee, City Bank Farmers Trust Company, in the interests of economy and the substantial ends of justice. Rich, Kapper, Hagarty and Carswell, JJ., concur; Lazansky, P. J., not voting.

In the Matter of Proving the Last Will and Testament of MARGARETTA FRISCH, Also Known as MARGARET FRISCH, Deceased. ROBERT FRISCH, Executor, etc., of MARGARETTA FRISCH, Also Known as MARGARET FRISCH, Deceased, Respondent; MARGARET BAYLIS and WILLIAM A. FRISCH, Appellants.— Decree of the Surrogate's Court of Nassau county unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of MORRIS KLEMTENOWSKY, an Incompetent Person. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant; BENJAMIN KLEM, as Committee of MORRIS KLEMTENOWSKY, an Incompetent Person, and UNITED STATES VETERANS BUREAU, Respondents.— Appeal dismissed, without costs. The surety company is not a party aggrieved. The Special Term was unwarranted in excluding this surety company from becoming surety on the bond to be filed in the absence of facts showing its disqualification. Furthermore, the surety should not have been relieved of its liability without an accounting or other proper disposition relieving it. Undoubtedly on application by the committee, the court at Special Term will vacate the order and give appropriate relief. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

In the Matter of the Petition of EDWARD P. ORRELL, JR., to Prove the Last Will and Testament of GEORGE W. SHARP, Late of the County of Kings, Deceased. EDWARD P. ORRELL, JR., Appellant; FRANK J. SHARP, Respondent.— Decree of the Surrogate's Court of Kings county, in so far as appealed from, and order denying motion for a new hearing unanimously affirmed, with costs to the contestant, payable out of the estate. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.